**E-Filed 5/6/2010**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRIAN P. FROELICH,<br><br>                    Plaintiff,<br><br>          v.<br><br>SEQUOIA LEISURE HOLDINGS, INC., et al.,<br><br>                    Defendants. | Case Number C 10-780 JF<br><br>ORDER[1] GRANTING UNOPPOSED MOTION TO FOR WITHDRAWAL OF REFERENCE |

Plaintiff's unopposed motion to withdraw the reference of the instant adversary proceeding is GRANTED.  A Case Management Conference is set for May 28, 2010 at 10:30 a.m.

Dated:  5/6/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 10-780 JF
ORDER GRANTING UNOPPOSED MOTION TO FOR WITHDRAWAL OF REFERENCE
(JFLC2)